# UNITED STATES DISTRICT COURT
for the

## Eastern District of California



UNITED STATES OF AMERICA,

v.

VIRGINIA DEL GASTELUM MONTES,

)
)
)
)
)

Case No.    1:22-MJ-00033 EPG

MAR 02 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:   **Mark O. Hatfield United States District Court, 1000 Southwest Third Avenue, Portland, Oregon 97204-2802**
*Place*

on   **March 22, 2022, at 1:30 pm before the Duty Magistrate**
*Date and Time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance and Compliance Bond, if ordered.

DEFENDANT'S RELEASE IS DELAYED UNTIL THE BOND HAS BEEN POSTED.

AO 199B   (Rev. 09/08– EDCA [Fresno]) Additional Conditions of Release (General)                                    Page [2] of [3] Pages

**DEL GASTELUM MONTES, Virginia**
**Doc. No. 1:22-MJ-00033-EPG-02**

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☑ (6)    The defendant is placed in the custody of:

Name of person or organization    Margarito Torres Mendoza

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: *Margarito Torres*
                              CUSTODIAN

☑ (7)    The defendant must:
☑    (a)    report on a regular basis to the following agency:
               Pretrial Services and comply with their rules and regulations;
☑    (b)    report telephonically to the Pretrial Services Agency on the first working day following your release from
               custody;
☑    (c)    reside at a location approved by the PSO, and not move without the prior approval of the pretrial services officer;
☑    (d)    report any contact with law enforcement to your PSO within 24 hours;
☑    (e)    cooperate in the collection of a DNA sample;
☑    (f)    travel is restricted to the Eastern District of California and the District of Oregon, for court-related purposed only,
               unless otherwise approved in advance by the pretrial services officer;
☑    (g)    not associate or have any contact with any co-defendants, unless in the presence of counsel;
☑    (h)    not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other
               dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition,
               currently under your control;
☑    (i)    refrain from excessive use of alcohol, or any use of a narcotic drug or other controlled substance without a
               prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any
               prescribed medication(s). However, medical marijuana, prescribed and/or recommended, may not be used;
☑    (j)    not apply for or obtain a passport or any other traveling documents during the pendency of this case;
☑    (k)    execute a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of
               release, the following sum of money or designated property: A $10,000 bond (secured by the titles of the
               defendant's vehicles (2004 Ford F-150 Pick-up Truck and 2005 Honda Accord); and,

## USMS SPECIAL INSTRUCTIONS:
                                                                                    2006 (EPG)

☑    (l)    your release on bond will be delayed until the posting of the bond.

AO 199C (Rev. 09/08- E:DCA [Fresno] Advice of Penalties | Page | of | Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more - you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years - you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony - you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor - you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_Defendant's Signature_

## Directions to the United States Marshal

( ☑ ) The defendant is ORDERED released after processing.

Date: 3/2/22

_Judicial Officer's Signature_

Erica P. Grosjean, U.S. Magistrate Judge
_Printed name and title_

DISTRIBUTION    COURT    DEFENDANT    PRETRIAL SERVICE    U.S ATTORNEY    U.S MARSHAL